**No. 59844.**—W. C. Sullivan & Company *v.* United States, protest 224937–K/5455 (Chicago).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the items described as porcelain wine sets are not tableware, the claim of the plaintiff was sustained.